HONORABLE JAMES L. ROBART

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 22 2012

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

D'VONTAVEOUS HOSTON,

        Plaintiff,

v.

JAMES JIN LEE (individually and in his official capacity), THE CITY OF SEATTLE, THE SEATTLE POLICE DEPARTMENT, SEATTLE POLICE DEPARTMENT CHIEF JOHN DIAZ (individually and in his official capacity), and JANE DOE DIAZ (and the marital community composed thereof), OFFICER KERRY ZIEGER (individually and in his official capacity, and JANE DOE ZIEGER (and the marital community composed thereof), DETECTIVE R.C. NORTON (individually and in his official capacity), and JANE DOE NORTON (and the marital community composed thereof), JOHN DOES 1-10 (individually and in their official capacities) (comprising as yet unidentified officers, supervisors, decision makers, and policymakers of the Seattle Police Department),

        Defendants.

NO. C11-724 JLR

ORDER GRANTING DEFENDANTS NORTON AND ZIEGER'S MOTION FOR SUMMARY JUDGMENT

~~PROPOSED~~

11-CV-00724-ORD

ORDER GRANTING DEFENDANTS
NORTON AND ZIEGER'S MOTION FOR
SUMMARY JUDGMENT (CV11-00724JLR) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  THIS MATTER having come on regularly before this Court on Defendants Norton and
2  Zieger's [unopposed] Motion for Summary Judgment, the parties appearing by and through counsel, the Court
3  having reviewed the pleadings and files in this matter, specifically including the following:

4  1. Defendants Norton and Zieger's Motion for Summary Judgment;

5  2. Declaration of Rolf Norton, with exhibits attached;

6  3. Declaration of Kerry Zieger, with exhibits attached;

7  4. Declaration of Robert L. Christie, with exhibits attached;

8  5.

9  6.

10 7.

11 having heard the argument of counsel; and being otherwise fully advised in this matter;

12 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants [Norton and Zieger's] Motion for
13 Summary Judgment is GRANTED; and plaintiff's claims [against Kerry Zieger, Jane Doe Zieger, R.C. Norton and Jane Doe Norton] are dismissed, in their entirety, with
14 prejudice.

15 DONE IN OPEN COURT/CHAMBERS this 22nd day of March, 2012.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

19 / / /
20 / / /
21 / / /

ORDER GRANTING DEFENDANTS
NORTON AND ZIEGER'S MOTION FOR
SUMMARY JUDGMENT (CV11-00724JLR) -
2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  Presented by:

2  CHRISTIE LAW GROUP, PLLC

3
   By     /s/ Robert L. Christie
4      ROBERT L. CHRISTIE, WSBA #10895
       Attorneys for Defendants Norton and Zieger

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER GRANTING DEFENDANTS
NORTON AND ZIEGER'S MOTION FOR
SUMMARY JUDGMENT (CV11-00724JLR) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669